DANIEL G. BOGDEN
United States Attorney
Nevada Bar Number 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:12-CV-411-RCJ-(VPC) |
| $16,000.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO STRIKE PART OF THE NOTICE OF ELECTRONIC FILING IN ECF NO. 7, REQUIRING DISCOVERY PLAN/SCHEDULING ORDER BY 12/13/2012**

The United States of America ("United States"), by and through Daniel G. Bogden, United States Attorney for the District of Nevada, and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Honorable Court for an Order striking part of the Notice of Electronic Filing in ECF No. 7, requiring "Discovery Plan/Scheduling Order due by 12/13/2012". Answer to Complaint (ECF No. 1) in Forfeiture, ECF No. 7.

The basis is as follows. Fed. R. Civ. P. 16(b) authorizes exemption of Discovery Plan/Scheduling Order under local rules. A civil forfeiture in rem action is exempt from a Discovery Plan/Scheduling Order under LR 16-1.

. . .

1     On November 16, 2012, the United States contacted Dennis A. Cameron, attorney for
2 David Mueller, Bruce Nelson, and Joshua Nelson. He agrees with and joins in this Motion. This
3 Motion is not submitted solely for the purpose of delay or for any other improper purpose.
4     DATED this 16th day of November, 2012.

                          DANIEL G. BOGDEN
                          United States Attorney

                          /s/Michael A. Humphreys
                          MICHAEL A. HUMPHREYS
                          Assistant United States Attorney

IT IS SO ORDERED:

/s/ Valerie P. Cooke

United States Magistrate Judge
DATED: March 1, 2013

## PROOF OF SERVICE

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing Motion on November 16, 2012, by the below identified method of service:

CM/ECF:

Dennis A. Cameron
Dennis Cameron, Law Offices Of
204 Marsh Ave Suite 101
Reno, NV 89509
Email:Trishm.Dalaw@gmail.Com
Counsel for Claimants David Mueller, Bruce Nelson and Joshua Nelson

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal